**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  09-cr-00452-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     CASEY MILLER,

       Defendant..

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that a status/scheduling hearing regarding Defendant Miller is set **Thursday, February 11, 2010 at 9:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  January 20, 2010