IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No.  09-cr-00452-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CASEY MILLER,

      Defendant.

___

ORDER
___

For the reasons set forth on the record at the hearing held on February 11, 2010, IT IS HEREBY ORDERED that

1.  Defendant's Unopposed Motion to Exclude Sixty Days From the Speedy Trial Act [Doc # 15] is GRANTED pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv); and

2.  A further status/scheduling hearing is set for **April 6, 2010 at 9:00 a.m.**

Dated: February __11__ , 2010, in Denver, Colorado.

                        BY THE COURT:

                          s/Lewis T. Babcock
                        LEWIS T. BABCOCK, JUDGE