IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 09-cr-00452-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CASEY MILLER,

    Defendant.

---

## ORDER

---

For the reasons set forth on the record at the hearing held on April 6, 2010, IT IS HEREBY ORDERED that

1. After incorporating the Findings of Fact and Conclusions of Law I made on the record in this matter on February 11, 2010, and upon no objection from the Government, I GRANT Defendant's oral motion seeking an additional 30 days on the Ends of Justice Continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv); and

2. A further status/scheduling hearing is set for **May 6, 2010 at 9:30 a.m.**

Dated: April __6__, 2010, in Denver, Colorado.

                                BY THE COURT:

                                s/Lewis T. Babcock
                                LEWIS T. BABCOCK, JUDGE