IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 09-cr-00452-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CASEY MILLER,

    Defendant.
_____

## ORDER
_____

As set forth on the record at the hearing held on May 6, 2010, IT IS HEREBY ORDERED that a further status and scheduling hearing is set for **Monday, May 17, 2010 at 9:30 a.m.**

Dated: May 6th, 2010, in Denver, Colorado.

                        BY THE COURT:

                        __s/Lewis T. Babcock_____
                        LEWIS T. BABCOCK, JUDGE