IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 09-cr-00452-LTB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. CASEY MILLER,

  Defendant..

---

## MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

 Please be advised that the trial preparation conference set **Thursday, July 8, 2010 at 9:00 a.m.** is converted to a scheduling hearing at which time a change of plea hearing will be set as a result of the filing of the Defendant's Notice of Disposition (Doc 32- filed July 6, 2010).

Dated: July 7, 2010