IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 09-cr-00452-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    CASEY MILLER,

    Defendant..

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

    This will confirm that, pursuant to the filing of Defendant's Notice of Disposition (Doc 32), the trial set **July 19, 2010 is VACATED**.

    A change of plea hearing regarding Defendant Miller is set **Monday, August 2, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: July 9, 2010