**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 09-cr-00452-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    CASEY MILLER,

        Defendant..

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that the sentencing hearing regarding Defendant Miller is set **Wednesday, October 13, 2010 at 8:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: August 2, 2010